

Michael Moreno Bey
C/O 3825 West Lake
Near Chicago Illinois Territory
Illinois Republic [60624]



RECEIVED

MAY 20 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# LEGAL NOTICE OF REMOVAL
## FROM MUNICIPAL COURT TO FEDERAL COURT
## PURSUANT TO TITLE 28 § 1441 - § 1446
## PROPER ARTICLE III JURSIDICTION

**Respondent(s),**

City of Chicago
Cook County Court
State of Illinois
Officer A R Flores #17274 (PC0AP33)
Officer G Calderon #342 (PC0F643)
Officer J R Lenski #10213 (PC0Y624)

19CV3377
Judge Kocoras
Mag. Judge Cummings

ORIGINAL                JURISDICTION

"MINISTERSCONSULS
DIPLOMATS"
Article III, Section 2; Article VI
United States Republic Constitution
Treaty of Peace and Friendship
'Established Law of the Land'

V.

Federal Question(s):
Treaty;
Constitution;
Due Process;
Religious Liberty;
Supreme Court Rulings;
Substantive Rights of Travel;
etc; ect;

**Claimant/Alleged Accused,**

Michael Moreno Bey, A Natural Person, In Propria Persona, Sui Juris (not to be confused with nor substituted with Pro Se); and not a Statutory Person.

(Hereinafter Claimant)

Official Notice is hereby served on the STATE OF ILLINOIS; all Judicial Sub-Divisions; Officials; Agents; and above named Respondent-all cases and Jurisdiction / Venue moved to Federal Court. All Matters, Complaints, Citations / Bills of Exchange, Traffic Tickets / Suits (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

I.

## JURISDICTION

Jurisdiction / Venue are herby placed in one Supreme Court, pursuant to Article III Section 2 and Article VI for The United States Republic, and the several States, under the Constitution; and reaffirmed by obligatory Official Oaths.

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;-- to Controversies between two or more States;-- *between a State and Citizens of another State*;--between Citizens of different States;-- between Citizens of the same State claiming Lands under Grants of different States, *and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.*"

"In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the Supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the Supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make."

Comes Now, Michael Moreno Bey, In Propria Persona, Sui Juris(not to be confused with Pro se), Aboriginal Indigenous Moorish American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honor given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, who received permission from the Pharoahs of Egypt to settle and inhabit North-West Africa / North gate. The Moors are the true possessors and founders of the present Moroccan Empire; with our Canannite, Hittite, and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Our Dominion and Inhabitation extended from North-East and South-West Africa, across the Great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands-bound squarely affirmed to THE TREAY OF PEACE AND FRIENDSHIP

OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED AND THIRTY-SIX (1836) A.D. between Morocco and the United States (Republic) the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 6

"If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored: and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection."

### Article 16

"In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another. Captain for Captain, Officer for Officer, and one private man for another; and if there shall prove a deficiency, on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties."

### Article 20

"If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the Consul shall decide between the parties; and whenever the Consul shall require any aid, or assistance from our government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the Country shall take place, and equal justice shall be rendered, the Consul assisting at the trial; and if any delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II

## PARTIES

Respondent(s),

1.  **STATE OF ILLINOIS,** private corporation; foreign to the United States republic; and all **ILLINOIS** employees; Agents; Officers; Contractors; Assignees, etc., being respondents, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them or any one of them, against Michael Moreno Bey.

2.  **CITY OF CHICAGO**, private corporation; foreign to the United States republic; and all Chicago employees; Agents; Officers; Contractors; Assignees, etc., being Respondents, Claimants, or Parties of Interest in the 'Color –of-Law' processes instituted by them, or any one of them against Michael Moreno Bey.

3.  **A R Flores** #17274 (PC0AP33), officer of the Chicago Police Department (private corporation), foreign to the United States Republic; and foreign to the organic Illinois Republic.

4.  Court Administer/Administrator for the **COOK COUNTY COURT**, private corporation; foreign to the United States Republic; and foreign to the organic Illinois Republic.

5.  **G Calderon** #342 (PC0F643), officer of the Chicago Police Department (private corporation), foreign to the United States Republic; and foreign to the organic Illinois Republic.

6.  **J R Lenski** #10213 (PC0Y624), officer of the Chicago Police Department (private corporation), foreign to the United States Republic; and foreign to the organic Illinois Republic.

Claimant,

Michael Moreno Bey, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal, Indigenous Moorish American National, C/O 3825 West Lake Chicago, Illinois Republic [60624].

I, Michael Moreno Bey, In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this **NOTICE OF REMOVAL** of the unconstitutional Complaint – Summons / Ticket – Suit/Bill of Exchange / Action, Case Number(s) 2017CR1017001. Claimant is with reasonable expectation that the Officers / Agents and Officials holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or Office(s) to violate the Constitution for the UINTED STATES OF AMERICA; and thus, by the abuse of authority, and practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable and Secured Rights of the People; terminating with cause of damage to this Claimant / Plaintiff.

**Blacks Law Dictionary 4ᵗʰ Ed. Defines "Law of the Land", - When first used in Magna Carta, the phrase probably meant the established law of the kingdom. In opposition to the civil or Roman law. It is now generally regarded as meaning general public laws binding on all members of the community. Janes v. Reynolds, 2 Tex. 251; Beasley v. Cunningham, 171 Tenn. 334, 103 S.W.2d 18, 20, 110 A.L.R. 306. It means due process of law warranted by the constitution, by the common law adopted by the**

constitution, or by statues passed in pursuance of the constitution. Mayo v. Wilson, 1 N. H. 53

## III

## CAUSE OF ACTION

I, Michael Moreno Bey, while traveling eastward on Roosevelt Road, was detained by four Chicago Policeman (employed by the Chicago Police Department) who stated that I, Michael Moreno Bey was in violation of Illinois driving rules & regulations which is private policy (being classed as Law). None of the four officers properly identified themselves. Furthermore the four officers did not ever properly identify me upon arrest. The officers never gave me a chance to properly identify myself. Upon the first set of officers taking action to approach my conveyance, One of the two officers came up to my window and ask did I have a drivers license. I then asked the officer what crime did he suspect me of? And then I told the officer that I was not engaging in commerce. The officer then asked me for insurance. I handed the officer my insurance and he went to his patrol vehicle. He then returned from his patrol vehicle and aggressively told (not asked) me get out of my conveyance. While in fear for my life and freedom, I decided to roll up my window and stay in the safety of my conveyance until proper authority/supervisor arrived on the scene. Upon rolling up my window, the officer reached/put his hands on my window, manually pushed down my window and proceeded to pull me out the window of my conveyance headfirst by force while the second group of responding officers arrived. As the officer pushed down my window with force, I asked the arresting officer did he have a valid Oath of Office. The arresting officer then said, "fuck that" and proceeded to unlawfully arrest me. As the second responding officers arrived, they helped the officer arrest me and while doing so put their gun to my head. I was traveling with three people in my conveyance. The four officers arrested (me and another flesh and blood human being) two of the four people in my conveyance. The officers put (me and another flesh and blood human being) the two people in two different/separate patrol cars and took us to the police station. Cook County Court does not have evidence of a traffic stop or any video footage of the night of the alleged traffic violation. Cook County Court did not ever have an injured party although Officer A R Flores was listed as the victim on the arrest report. I did not injure/harm Officer A R Flores . I did not damage Officer A R Flores property. The arrest report also states that "R/O'S CURBED THE ABOVE VEHICLE (BLK 2001 AUDI A6)", which is not the car/conveyance I was traveling in. I, Michael Moreno Bey was traveling in a bluish grey 2004 Audi A6. Invalid Affidavits were filed, Unconstitutional rulings given and I was unlawfully incarceration.

After I paid unlawful (junk) bonds in order to be released from jail, I challenge the court jurisdiction with a series of affidavits in which Cook County Court did not properly respond to. Furthermore Cook County Court issued invalid/unlawful summons and an invalid/unlawful warrant for my arrest. I was arrested under my free national and Indigenous Moor status as Michael Moreno Bey by the Chicago Police Department on Jan 6, 2019. Cook County Department of Corrections/Cook County Court intentionally changed my name and status from Michael Moreno Bey, an Indigenous **Moor** and **human**, to the

misnomer Michael Phillips, a 14th amendment citizen classified as black. I was incarcerated at Cook County Department of Corrections from January 6th until February 8th and was held there without bond or any way to be released. The first day of incarceration, I was placed in in a living unit that was **Condemned** and on **Quarantine** because of **Mold and inmates getting sick**. Quarantine lasted for roughly two weeks. I caught a cold and my skin started getting rashes because of the mold throughout the living unit. I have a sample/evidence of one of the molded fabrics that was in the living Unit.

The Department of Administrative Hearings findings, decisions & order stated that the Court was to non-suit any and all claims that the City of Chicago/Chicago Police Department made (docket# 17VP009478). Furthermore, the Circuit Court of Cook County voluntarily dismissed any and all claims/charges against me (17COFO-003724).

Cook County Court is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution; to which the Judges and Officers in every State is bound (by Official Oath) to support and uphold. Any statutory regulation, law, or ordinance of any State, to the contrary, notwithstanding.

The Officers of STATE OF ILLINOIS and/or CITY OF CHICAGO commanded that the Claimant be Incarcerated, Pay Junk Bonds and Cost Imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed upon Order / Instrument, and was improperly spelled, "MICHAEL PHILLIPS" in ALL CAPITAL LETTERS. That misnomer and CORPORATE name, "MICHAEL PHILLIPS" is clearly an Artificial person / entity; is not me, The Natural Person; is a deliberate grammatical error intended for injury to me; and is clearly not of consanguine relationship to me, to my Moorish Family Bloodline, or to my Nationality, in any form, truth, or manner; This is a violation of my secured rights to my name and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article Vi of the United States Constitution; and thus, violating my Substantive Rights, Articles 1 – 6 of 'The Rights of Indigenous People' (**https://undocs.org/A/RES/61/295**), and Article 15 of the Declaration of Human Rights (**http://www.un.org/en/udhrbook/pdf/udhr_booklet_en_web.pdf**) as follows:

Article 1
"Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights4 and international human rights law."

Article 2
"Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity."

Article 3

"Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development."

Article 4

"Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions."

Article 5

"Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State."

Article 6

"Every indigenous individual has the right to a nationality."

Article 15 of the Declaration of Human Rights

(1) Everyone has the right to a nationality.

(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

This allegedly accused Claimant believes that in accordance with the Substantive Rights retained by the Claimant, notifying all parties of the Claimant's Moorish American status (identity) and that the Claimant was not, is not, and does not, waive any Inalienable Rights to due process; and affirmed that any action be adjudicated in a lawfully delegated jurisdiction and venue.

The Claimant made a "Reservation of Rights" on all colorable contracts placed before him.

Respondent Officers / Assignees is with the 'want of jurisdiction' by knowingly and willingly conspiring (under Color-of-Authority) to deny this Claimant, Michael Moreno Bey (after this Claimant made reservation of rights) his Inalienable Rights, the right to a Nationality and Name of his choosing, etc. The State / Judge / Accuser(s) alleged and assumed the Claimant of being a Corporate Ward-ship 14th Amendment Artificial Colored / Negro Person / citizen, which resulted in an unlawful arrest-of-**Rights**, **Immunities** and **Liberties;** which is in direct contradiction to, and a violation of the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED AND THIRTY SIX (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights'; a violation of 'The Declaration of Child' of 1959 A.D.; and that the Officers and Assignees of THE STATE OF ILLINOIS and / or CITY OF CHICAGO knowingly committed 'fraud' against the Claimant (Michael Moreno Bey) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of

authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of the Bill of Rights of 1791 A.D.; impeding the People' right to due process under the law, and equal protection of the Law, Article I Section 10 of the Constitution for The United States of America (Republic) which secures this Petitioner the right to contract and conspiracy to commit fraud against this Claimant and against the United States Republic.

IV

## CONCLUSION

1) The Delegates, which encompass the majority of Aboriginal and Indigenous Freeholders, by Inheritance and Birthright and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of the United States of America, agreed to certain *Articles of Confederation* and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina, and Georgia; wherein they did declare the style of the Confederacy shall be the United States of America.

2) All parties to the *Articles of Confederation* of 1778 did also agree that Article IX shall set forth the procedure for resolving a dispute brought before the Congress of the United States by a freely associated compact State of the United States of America.

3) All parties to the *Articles of Confederation* of 1778 did also agree that no Congress shall thereafter alter Article IX of the Articles of Confederation unless it has received confirmation to do so by every State in the Union (Article XIII of the Articles of Confederation).

" That it be recommended to the States composing the Union that a convention of representatives from the said States respectively be held at on for the purpose of revising the *Article of Confederation* and perpetual Union between the United States of America and reporting to the United States in Congress assembled and to the States respectively such alterations and amendments of the said *Articles of Confederation* as the representatives met in such convention shall judge proper and necessary to render them adequate to the preservation and support of the Union " [Journals of the Continental Congress, vol. 38].

4) The Constitution for the United States was established by the People of the United States of America, and not by the States in the sovereign capacity (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*) and was

ratified by the People sitting in Convention of the Original 13 States of the United States of America (*United States Constitution, VII: 1:1*).

5) The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, freely associated compact States of the United States of America, and the United States [e.g. *Article 10 of the bill of Rights to the Constitution of the United States*] (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*).

6) The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (*Article 9 of the Bill of Rights to the American Constitution 1791 adopted for the Union [United] States*).

7) The Parties to the Compact also agreed that the Powers not delegated to the United States under the U.S. Constitution are reserved to the States or to the People (*Article 10 of the Bill of Rights to the Constitution for the United States*).

8) Article VI of he Constitution for the United States expressed that the Congress is required to review its legislation from time to time to determine if the legislation was made pursuant to the provisions of the Constitution.

9) It is a sin for any group of people to violate the Constitutional Laws of a Free National Government

10) On February 24, 1855; the Congress of the United States created the United States Court of Claims. The Court of Claims was authorized to execute the mandates of *Article IX of the Articles of Confederation of 1788 and Article I of the Bill of Rights to the American Constitution* (*10 Stat. 612, sec 1, sec. 7*).

11) The Congress of the United States also enacted the "*Bowman Act*" of March 3, 1883 (*22 Stat. 485*) and the "*Tucker Act*" of March 3, 1887 (*24 Stat. 505*) to clarify the jurisdiction of the Court of Claims. Under these Acts, either House of Congress may submit any claim or matter to the United States Court of Claims for investigation and determination of facts. The Court was to report its findings back to Congress for Congressional determination.

12) Notwithstanding the limitations imposed upon the United States Claims Court by P.L. *97-164* and its subsequent United States Court of Federal Claims by P.L. *102-572*; the Congress of the United States is barred by *Article IX* and *Article XIII* of the *Articles of Confederation* and by *Article I of the Bill of Rights* to the *Constitution for the United States* to limit its investigations to money claims.

13) The continual refusal of the United States Congress to resolve the Petitions of Grievances that were submitted to it, by several States of the Union, violates the

"*Good Faith*" agreement that all grievances submitted would be expeditiously resolved as mandated by the *Articles of Confederation* of 1778.

14) Between the years 1866 and 1868 (and other years); several states within the United States known as "States" submitted Petitions to the Congress of the United States for Redress of Grievances. These Petitions have passed from Congress to Congress for over one hundred years, with the Congress refusing to take any action to resolve the disputes as required by Article IX of the Articles of Confederation of 1778 and *Article I* of the *Bill of Rights* to the *American Constitution*. The Amendments in question are the unlawfully – ratified 13th, 14th, and 15th Amendments (hereinafter referred to as the "Three Dead Badges of Law").

15) "No change in ancient procedure can be made which disrupts those fundamental principles, which protect the citizen in his private right and guard him against the arbitrary action of the government." *Ex Parte Young, 209 US 123*

16) "All laws which are repugnant to the Constitution are null and void." (*Marbury vs. Madison, 1803*)

17) The Constitution for the United States of America binds all judicial officers at Article VI, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary, notwithstanding" see Clause II

18) Clause 3, clarifies the scope of this requirement when it states that "...All judicial officers, both of the United States and of several states shall be bound to support this Constitution..."

19) The 5th Amendment require that all persons within the United States must be given Due Process of the Law and Equal protection of the law.

20) The unconstitutional charges being applied to this Claimant are not in pursuance of the Constitution for the United States of America, wherein it does guarantee, and this Claimant does declare equal protection of the right to " life liberty and the pursuit of happiness" in the 1st Amendment, which includes the right to a fair and lawfully review of all claims in a competent, properly seated court of law / record to review all claims and not be unlawfully charged by persons who are clearly colluding for profit and applying fraudulent charges when there is **NO injured party** thereby there are no criminal charges. " For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional Right". **Sherer v. Cullen 481 F. 945**; *ASIS v. US, 568 F2d 284*. "Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise

such powers are necessarily nullities." *Burns v. Supp. Ct., 140 Cal. 1.*; The United States Supreme Court, *in Scheuer v. Rhodes, 416 U.S. 232, 94 S. CT. 1683, 1687 (1974)* stated that when state officers acts under state law in a manner violating the Federal Constitution, he "comes into conflict with the superior authority of the Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original].

21) In the 1st Amendment, which includes the Right to travel as evidence of positive law and stare decisis; *Chicago Motor Coach v Chicago 169 NE 221* " the use of the highways for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot be rightfully deprived"; *Teche Lines v. Danforth, Miss. 12 So @nd 784, 787* "the right to travel on the public highways is a constitution right"; *Slusher v. Safety Coach Transit Co., 229 KY 731, 17 SW 2D 1012, affirmed in Thompson v. Smith 154 S.E. 579* – "The right to travel upon the public highways and transport my property thereon, by automobile is not a mere privilege, which may be permitted or prohibited at will, but a common right which one has to life, liberty and the pursuit of happiness" and the State's application of *625 ILCS 5/et seq* is "notwithstanding", *Article VI cl2 Ibid.*

22) The unconstitutional charges under which the Claimant is being forced to answer are non-constitutional on their face and unconstitutional when applied to the Claimant; because they do not have enacting clause or single subject title, thereby denying due process of law.

23) The unconstitutional charges being applied to the Claimant are repugnant to the Constitution because they deny a right established and guaranteed in the 1st 4th 5th 6th 7th 8th 9th and 10th Amendments, and in United States Supreme Court '**Stare Decisis**' so noted above where this court has no authority to adjudicate contrary. The Claimant claims full and equal protection of the law in *Marbury v. Madison 1803.* (refer to number 16 within this conclusion)

24) Due Process of Law is not satisfied by any process which the Legislature may prescribe. See: *Abrams v. Jones 35 Idaho 532,207 P. 724.*

25) "Due Process of Law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction; and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs." *Cooley, Const. Lim. 441.*

26) Due Process as defined in H.C. Black's Law Dictionary, 4th Edition. " Whatever difficulty may be experienced in giving to those terms a definition which will

embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning when applied to judicial proceedings. They then mean a course of legal proceedings according to those rules and principles, which have been established in our systems of jurisprudence for the enforcement and protection of private rights."

27) "To give such proceedings any validity, there must be a tribunal competent by its constitution – that is by law of its creation – to pass upon the subject matter of the suit; and if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction obey services of process within the state or his voluntary appearances." *Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565.*

28) "Due Process of Law implies the right of the person affected thereby to be present before the tribunal which pronounces judgement upon the question of life, liberty or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

**"If any question of fact or liability be conclusively presumed against him, this is not due process of law"** *Zeigler v. Railroad Co., 58 Ala. 599.*

29) "These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the Law. They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized." *Brown v. Lee Com'rs 50 Miss. 468.*

30) All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2nd 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

31) In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are void under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300 681 N.E.2d 532 (1st Dist. 1997) ("every act of the court beyond that power is void").

32) The Claimant assert, Midland Coal Co. v. Know County, 268 Ill.App3d 485, 644 N.E.2d 796 (4th Dist. 1994)("Special statutory jurisdiction is limited to the language of the act conferring it, and the court has no powers from any other source...")

33) The "language of the act" the complainants confer upon "has no powers from any other source" Midland Coal Co. v. Knox County, Ibid, no evidence on it's face of valid law, as it lacks the mandatory enacting clause,

34) That the purpose of thus prescribing an enacting clause – "the style of the acts" – is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. *State v. Patterson*, 4 S.E. 350, 352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes," § 65, p. 104; *Joiner v. State*, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

35) "That the almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to 'identify' it as an act of legislation by expressing on its face the authority behind the act." *73 Am. Jur.2nd, "Statutes," § 93, p. 319, 320; Preckel v. Byrne, 243 N.W. 823, 826, 62 N.D. 356 (1932).*

36) That for an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the People can readily identify the authority for that particular law.

37) That "It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law," *People v, Dettenhaler, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing Swann v. Buck, 40 Miss. 270.*

38) This Respondent ( a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and codes of a foreign and unidentified source, as they fail to show what authority in law they exist, where they fail to show on their face, the mandatory enacting clause

39) Said revised statutes and codes fail to show a necessary and mandatory enacting clause on their face, giving them lawful force and effect. Said revised statutes and codes are private codes and statutes and are not law, do not compel this Claimant to perform and do not apply to him, and fail to show "authority for the court to make any order." *Levy. Industrial Common Ibid, Midland Coal Co. v. Knox County, Ibid.*

40) The Claimant is not subject to the jurisdiction of this respondent.

41) This Claimant does not recognize or has **no contract** with COOK COUNTY COURT, or with the STATE OF ILLINOIS; or with any other segment of the United

States of America that can grant jurisdiction over human rights; or over political, economic, social and cultural rights of Indigenous Peoples.

42) The Claimant is Aboriginal / Indigenous within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the rights of Indigenous People at Article I Definition:

43) "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans..."

44) Colonial legislatures were divested of their legislative powers, and required to transfer jurisdiction and all powers over the cultural rights of indigenous and minority peoples to those peoples and prohibited from making any laws that effects the rights of indigenous people to fully and effectively enjoy their right to self-determination in Article 5 of the Declaration on the Granting of Independence to Colonial Countries and Peoples, Adopted by General Assembly resolution 1514 (XV) of 14 December 1960. See Article 5 to wit: "Immediate steps shall be taken, in Trust and Non-Self Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire..."

45) Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration of Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and Self Determination of Peoples (B5); "The territory of a colony or Non-Self Governing Territory has, under Charter, a status separate and distinct from the territory of the State administering it..."

46) Colonial Courts were divested of, and required to, transfer the judicative power and all power to the People of this Territory, Ibid.

47) "A De Facto Court cannot exist by virtue of a statue under a written Constitution which ordains one (1) Supreme Court, and defines the qualifications, and duties of its judges, and prescribes the mode of appointing them." *Ref / Source of Law Bouviers Concise Encyclopedia of Laws Rawles 3rd Revision Pg. 766 Definition of De Facto Court.*

48) See 'The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article V, Article XVII, Article XXVI)

49) The United States of America is required to obey the requirements of the Declaration on the Principles of International Law and to obey the principles of international law enumerated therein.

50) The Vienna Convention on the Law of Treaties requires that the United States of America fulfill its obligations incurred thereunder.

51) The United States of America is a member of the United Nations, and is bound by the Charter of the United Nations to promote and protect the Rights of Indigenous Peoples.

52) The Declaration of the Granting of Independence to Colonial Countries and Peoples UN GA #1514 specifically require the United States of America to transfer all power to the peoples of this land, and this specifically includes all legislative, executive and judicial powers.

53) **Executive Order Number: 13107, 63, Federal Register, 68,991 (1998) – Implementation of Human Rights Treaties, which states "It shall be policy and practice of the Government of the United States, being committed to the protection and promotion of human rights and fundamental freedoms, fully to respect and implement its ob;igations under the international human rights treaties to which it is a party including the ICCPR, the CAT and the CERD.". COOK COUNTY COURT, by way of its Officers, violated 'Due Process' and, conspired to deprive rights of the Claimant; and did neglect to prevent deprivation of rights at Title 18, U.S.C. 241 and Title 18, U.S.C. 242.**

54) Maine v. Thiboutot 448 US 1, 100 SCT 2502 – Officers of the court have no immunity, when violating a constitutional right from liability. For they are deemed to know the law.

55) Note that the presiding judge, and judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross reference to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

56) **Judicial Officers have no immunity when they have no jurisdiction over subject matter.**

57) "States Police Power extend only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 LED. At449;"

58) "Want of Jurisdiction may not be cured by consent of parties"> Industrial Addition Association v. C.I.R., 323 US 310, 313."

59) "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." – 16 Am Juris 2nd, Sec177 late 2d, Sec 256.

60) **December 26th 1933 49 Statute 3097 Treaty Series 881(Convention on Rights and Duties of States) stated Congress replaced Statutes with international law, placing all states under International law.**

61) "The right to Park or Travel is part of the Liberty of which the Natural Person and citizen cannot be deprived without "due process of Law" under the Fifth Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125;"

62) "The right to travel; The mode of Conveyance; The Right to Locomotion are all absolute Rights, and the Police cannot make void the exercise of rights. State v. Armstead, 60 s. 778, 779, and 781"

63) "where secured rights by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Maranda v. Arizona 384 US 4336, 125;"

64) "The Claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489;"

65) **"For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional right. Serer v. Cullen 481 F. 945;"**

66) "No state shall convert a liberty into a privilege, license it, and attch a fee to it." Murdock v. Penn 319 US 105

67) "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity." Shuttlesworth v. Birmingham 373 US 26

68) "Where right secured by the Constution are involved, there can be no rule making or legislation, which would abrogate them" Miranda v. Arizona

69) "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16 Am Juris 2nd, Sec 177 late 2d, Sec 256

70) "If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT. 42 "The Accuser Bears the Burden of proof Beyond a Reasonable Doubt."

## V

## RELIEF

1) I, Michael Moreno Bey, demand Due process as protected by the Fourth (4th) and Fifth(5th) Amendments of the Constitution for the UNITED STATES OF AMERICA (RUPUBLIC).

2) I, Michael Moreno Bey, demand that this United States Supreme Court view this Claimant (in propria persona) as a **Moor**/Moorish American National(Natural Born Citizen of the Land) and not as a (brand) **NEGRO, BLACK, AFRICAN AMERICAN, COLORED, OR ANY OTHER "NOM DE GUERRE"** imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may believe to be true.

3) I, Michael Moreno Bey, demand this United States Supreme Court stop these abuses of the colorable authority by the respondent as it pertain to this Claimant.

4) I, Michael Moreno Bey, demand that if any criminal charges be found, let them be placed upon the Respondents.

5) I, Michael Moreno Bey, demand that the City of Chicago release my 2004 Audi A6 conveyance/car to me immediately with any fees, fines, and tax.

6) I, Michael Moreno Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Treaty or Constitution, and hereby request the United States Supreme Court to fulfill their obligation to preserve the rights of this Claimant (An Indigenous Moor) and carry out their Judicial Duty in 'Good Faith' by ordering Respondents to be brought before the Law to answer for their criminal and unjust actions.

7) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

8) All **Unconstitutional** Citations – Summons / Tickets – Suit / (misrepresented) Bill of Exchange: Number **2017CR1017001**, and any other 'Order' or 'Action' associated with it to be dismissed and expunged for the record on its face and merits; or, otherwise be brought before a legitimately – delegated, and competent 'Court of Law' of International Jurisdiction.

9) Respondent STATE OF ILLINOIS is being sued for $500,000 for compensatory damages and $500,000

10) Respondent CITY OF CHICAGO is being sued for $500,000 for compensatory damages and $500,00 punitive damages in its official capacity.

11) Respondent COOK COUNTY COURT is being sued for $500,000 for compensatory damages and $500,000 punitive damages in its official capacity.

12) Respondent Policeman, A R FLORES #17274 (PC0Ap33) is being sued for $150,000 for compensatory damages and $150,000 for punitive damages in his private capacity.

13) Respondent Policeman, J R LENSKI #10213 (PC0Y624) is being sued for $150,000 for compensatory damages and $150,000 for punitive damages in his private capacity.

14) Respondent Policeman, G CALDERON #342 (PC0F643) is being sued for $150,000 for compensatory damages and $150,000 for punitive damages in his private capacity.

## TRIAL BY JURY OF MY PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent,

Day 13, May, 2019 = 1439 M.C.

c/o 3825 West Lake
near Chicago Illinois Territory    I Am: _Michael Moreno Bey_
Illinois Republic [60624]          All Rights Reserved
                                   without prejudice    or recourse
312-912-1695

"This is an original document"

Michael Moreno Bey
All Rights Reserved
without prejudice or recourse

"OFFICIAL SEAL"
R. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/16/2019

State of Illinois · County of Cook
This instrument was acknowledged before me on 5/15/19 [Date] by

Michael Moreno Bey

## Certificate of Service    5/13/2019 = 1439 M.C.

I, Michael Moreno Bey, affirm that copies of this Notice of Removal will be sent to the respondents within 3-7 days of receipt in this Federal Court.

Respecfully,

Michael Moreno Bey

*Michael Moreno Bey*
All Rights Reserved
without prejudice or recourse

"OFFICIAL SEAL"
R. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/16/2019

Respondent(s):
City of Chicago
Cook County Court
State of Illinois
Officer A R Flores #17274 (PC0AP33)
Officer G Calderon #342 (PC0F643)
Officer J R Lenski #10213 (PC0Y624)

Cook County Sheriff's office
50 W. Washington
Chicago Il [60602]

"This is an original document"
*Michael Moreno Bey*
All Rights Reserved
without prejudice or recourse

State of Illinois - County of Cook
This instrument was acknowledged before me on    5/15/19    Notel by
*Michael Moreno Bey*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF THE PEOPLE
OF THE STATE OF ILLINOIS, ex.rel.,
KIMBERLY M. FOXX,
State's Attorney of Cook County, Illinois
                    Plaintiff

                         v.

2001 AUDI 6
VIN#WAUED64B81N013315

                    Defendant.

NO: 17COFO-003724

CALENDAR: 13

## ORDER

State's Motion to Vacate the Default order entered on 4/25/18

On the Motion of KIMBERLY M. FOXX, State's Attorney of Cook County, Illinois, attorney for the Plaintiff to voluntarily dismiss this matter pursuant to 735 ILCS 5/2-1009 without prejudice

is hereby granted.

IT IS HEREBY ORDERED;

That this matter is dismissed without prejudice pursuant to 735 ILCS 5/2-1009. (8040)

2001 AUDI 6   VIN#WAUED64B81N013315

ENTER: Associate Judge James R. Carroll

JUN 3 0 2018

Judge        Judge's No.

Circuit Court - 2109

By Rita O'Co
Assistant State's Attorney (10295)
Attorney for Plaintiff
Cook County State's Attorney's Office, Forfeiture Unit
300 Richard J. Daley Center
50 W. Washington
Chicago, Illinois  60602
Telephone: (312) 603-6462



(1/00)

## IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

| | |
|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, ) | Address of Violation: |
| v. ) | 3315 W Ogden |
| ) | |
| Phillips, Michael ) | Docket #: 17VP009478 |
| 11606 S LAFAYETTE ) | |
| CHICAGO, IL 60628 ) | Issuing City |
| and ) | Department: |
| Phillips, Tremaine S. ) | |
| 11606 S LAFAYETTE ) | |
| CHICAGO, IL 60628 ) | |
| ) | |
| , Respondents. ) | |

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| Finding | NOV# | Count(s) | Municipal Code Violated | Penalties |
|---|---|---|---|---|
| City non-suit | 0474326 | 1 | 8-20-070 Unlawful firearm - Vehicle Impoundment | $0.00 |
| | | 2 | 7-24-225 Unlawful drugs in motor vehicle. | $0.00 |
| | | 3 | 9-80-240 Vehicle operated by persons with suspended or revoked licenses. | $0.00 |

**Sanction(s):**

| | |
|---|---|
| Storage Fee | $0.00 |
| Tow Fee | $0.00 |

Vehicle shall not be released if held pursuant to any law, court order, warrant or police investigation that has not been released. If there is no hold in effect, Respondent has 5 days from the date of this order to retrieve vehicle from the pound or additional storage fees may accrue. However, once you have obtained your receipt to redeem your vehicle, you must redeem it on the same date.

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $0.00

**Balance Due:** $0.00

Date Printed: Jul 20, 2018 3:35 pm

17VP009478

Page 1 of 2

Michael Moreno Bey
Ex Rell: Michael Phillips
c/o 11606 South Lafayette
near Chicago Illinois Territory [60628]

# Affidavit of Fact

To: Officer Phelan; phone number: (773)674-7281, regarding case #17CR1017001

From: Michael Moreno Bey ex rel. Michael Phillips

RE: Foreign European, Probation Officer Phelan of the private Cook County Court, doing business on the Ancestral Estate of the Moroccan Empire, Soil of North America

I, Michael Moreno Bey, a Natural Person, Aboriginal Indigenous Moorish American, possessing Free-hold by Inheritance status; In Propria Persona, Sui Juris (not to be confused with nor substituted with Pro Se); and not a Statutory Person; do declare on and for the record:

I, being previously misidentified by the Union States Society of North America – U.S.A. (United State of America) under the misnomer and colorable Ward-ship name, MICHAEL PHILLIPS, do again make clear that I am Legally and Lawfully Michael Moreno Bey, In Propria Persona, Sui Juris(not to be confused with Pro se), Aboriginal Indigenous Moorish American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honor given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North gate. The Moors are the true possessors and founders of the present Moroccan Empire; with our Canannite, Hittite, and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Our Dominion and Inhabitation extended from North-East and South-West Africa, across the Great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED AND THIRTY-SIX (1836) A.D. between Morocco and the United States (Republic) the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 6

"If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored: and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection."

### Article 16

"In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another. Captain for Captain, Officer for Officer, and one private man for another; and if there shall prove a deficiency, on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties."

### Article 20

"If any of the citizens of the United States, or any persons under their protection, shall have

any dispute with each other, the Consul shall decide between the parties; and whenever the Consul shall require any aid, or assistance from our government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the Country shall take place, and equal justice shall be rendered, the Consul assisting at the trial; and if any delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

I, Michael Moreno Bey, while traveling eastward on Roosevelt Road was detained by four Chicago Policeman, employed by the police department of Chicago, Illinois who stated that Michael Moreno Bey was in violation of Illinois driving rules & regulations which is private policy (being classed as Law). Neither of the four officers properly identified themselves. Furthermore the four officers never properly identified me upon arrest. The officers never gave me a chance to properly identify myself. Upon the first responding officers approaching my conveyance, One of the two officers came up to my window and ask for insurance. I handed the officer my insurance and he went to his patrol vehicle. He then returned from his patrol vehicle and aggressively told (not asked) me get out of my conveyance. While in fear for my life and freedom, I decided to roll up my window and stay in the safety of my conveyance until proper authority arrived on the scene. Upon rolling up my window, the officer reached/put his hands on my window, manually pushed down my window and proceeded to take me out of my conveyance by force while the second group of responding officers arrived. As the officer pushed down my window with force, I asked the arresting officer did he have a valid Oath of Office. The arresting officer then said, "fuck that" and proceeded to unlawfully arrest me. As the second responding officers arrived, they helped the officer arrest me and while doing so put their gun to my head. I was traveling with three people in my conveyance. The four officers arrested (me and another flesh and blood being) two of the four people in my conveyance. The officers put (me another flesh and blood being) the two people in two different/separate patrol cars and took us to the police station. The police/officers do not have evidence of a traffic stop or any video footage of the night of the alleged traffic violation. Invalid Affidavits were filed, Unconstitutional rulings given and I was unlawfully incarceration.

Cook County Court is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution; to which the Judges and Officers in every State is bound (by Official Oath) to support and uphold. Any statutory regulation, law, or ordinance of any State, to the contrary, notwithstanding.

The Officers of STATE OF ILLINOIS and/or CITY OF CHICAGO commanded that I be Incarcerated , Pay Junk Bonds and Cost Imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed upon Order / Instrument, and was improperly spelled, "MICHAEL PHILLIPS" in ALL CAPITAL LETTERS. That misnomer and CORPORATE name, "MICHAEL PHILLIPS" is clearly an Artificial person / entity; is not me, The Natural Person; is a deliberate grammatical error intended for injury to me; and is clearly not of consanguine relationship to me, to my Moorish Family Bloodline, or to my Nationality, in any form, truth, or manner; This is a violation of my secured rights to my name and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article VI of the United States Constitution; and thus, violating

my Substantive Rights, Articles 1 – 6 of 'The Rights of Indigenous People' (https://undocs.org/A/RES/61/295), and Article 15 of the Declaration of Human Rights (http://www.un.org/en/udhrbook/pdf/udhr_booklet_en_web.pdf) as follows:

Article 1

"Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights4 and international human rights law."

Article 2

"Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity."

Article 3

"Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development."

Article 4

"Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions."

Article 5

"Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State."

Article 6

"Every indigenous individual has the right to a nationality."

Article 15 of the Declaration of Human Rights
(1) Everyone has the right to a nationality.
(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

Allegedly accused, I believe that in accordance with the Substantive Rights retained by me, notifying all parties of the my Moorish American status (identity) and that I was not, is not, and does not, waive any Inalienable Rights to due process; and affirmed that any action be adjudicated in a lawfully delegated jurisdiction and venue.

I made a "Reservation of Rights" on all colorable contracts placed before me.

Respondent Officers / Assignees is with the 'want of jurisdiction' by knowingly and willingly conspiring (under Color-of-Authority) to deny me, Michael Moreno Bey (after I made reservation of rights and stating for the record; name, correct spelling of name, and national status) my Inalienable Rights, the right to a Nationality and Name of his choosing, etc. The State / Judge / Accuser(s) alleged and assumed me, Michael Moreno Bey of being a Corporate Ward-ship 14th Amendment Artificial Colored / Negro Person / citizen, which resulted in an unlawful arrest-of-**Rights, Immunities** and **Liberties**; which is in direct contradiction to, and

a violation of the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED AND THIRTY SIX (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights'; a violation of 'The Declaration of Child' of 1959 A.D.; and that the Officers and Assignees of THE STATE OF ILLINOIS and / or CITY OF CHICAGO knowingly committed 'fraud' against me (Michael Moreno Bey) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of the Bill of Rights of 1791 A.D.; impeding the People' right to due process under the law, and equal protection of the Law, Article I Section 10 of the Constitution for The United States of America (Republic) which secures me the right to contract and conspiracy to commit fraud against me and against the United States Republic. **A response is required within seven (7) days of receipt of this Affidavit of Fact.**

I, Michael Moreno Bey, do not under any circumstances or conditions, nor under threat, duress or coercion, waive any unalienable right or any other rights secured by the Constitution and/or Treaty.

**Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent**

Thank you

I am *Michael Moreno Bey*
Michael Moreno Bey
In Propria Persona
Ex Rel: Michael Phillips
All Rights Reserved
c/o 11606 South Lafayette
Chicago Illinois Republic [60628]

cc: Probation Officer Phelan
Timothy C. Evans
Thomas Lyons

"This is an original document"
*Michael Moreno Bey*

State of Illinois County of Cook
This instrument was acknowledged before me on ___ Aug-08-2018 ___ (Date) by
Michael Moreno Bey

"OFFICIAL SEAL"
S. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/2019



# DEPARTMENT OF ADMINISTRATIVE HEARINGS

## CITY OF CHICAGO

September 13, 2018

Michael Moreno Bey (ex. rel: Michael Phillips)
11606 S. Lafayette
Chicago, IL 60628

Re: **Docket #17VP009478**

Dear Mr. Moreno Bey (Phillips),

The Department received your letter regarding docket 17VP009478. Your letter indicates that you were asked to pay amounts due and owing to the City of Chicago during the release process of a vehicle impounded under docket 17VP009478. The City of Chicago Municipal Code and policies of the Department of Streets and Sanitation determine the release of the vehicle. The case before the Department of Administrative Hearings is closed.

For more information regarding the process to release your vehicle and/or satisfy or other obligations necessary to complete the release process please contact:

The Department of Streets and Sanitation at (312) 742-6121 or the Department of Finance at (312) 742-3317

Sincerely,

James Potter
Senior Administrative Law Judge
City of Chicago Department of Administrative Hearings
740 N. Sedgwick, Second Floor
Chicago, Illinois 60654

THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ADULT PROBATION DEPARTMENT
WALNUT STREET FACILITY
1644 WEST WALNUT
CHICAGO, IL 60612
(312) 491-6000

Timothy C. Evans
Chief Judge

Thomas Lyons, Ph.D.
Interim Chief Probation Officer

July 24, 2018

RE: AP17CR1017001

MICHEAL PHILLIPS
11606 SO. LAFAYETTE
CHICAGO, IL 60628

You are to appear for a court hearing on AUGUST 3, 2018
before Judge JAMES B. LINN at CRIMINAL COURT BLDG ROOM 700
2600 S. CALIFORNIA CHICAGO, IL
at 9:00 A.M.

If you don't appear in court on the scheduled date/time, a warrant
for your arrest may be issued.

This court hearing is about claims that you violated conditions of your
probation. You have certain rights for this court hearing. See the next
page for your rights.

If you have any questions about this letter please call your probation
officer.

---

Usted debe comparecer para una audiencia el AUGUST 3, 2018
ante el/al juez JAMES B. LINN en CRIMINAL COURT BLDG ROOM 700
2600 S. CALIFORNIA CHICAGO, IL
a las 9:00 A.M.

Si usted no comparece ante el tribunal el dia/hora fijada, se podria
emitir una orden para su arresto.

Esta orden judicial esta relacionada con alegatos de que usted violo
las condiciones de su libertad condicional. Usted tiene ciertos
derechos para esta audiencia judicial. Vea la pagina siguiente
pare sus derechos.

Si tiene alguna pregunta sobre esta carta, por favor llame a su
oficial de libertad condicional.

---

Probation Officer Phelan

ADNW/APD #929/03-18/JD

THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ADULT PROBATION DEPARTMENT
WALNUT STREET FACILITY
1644 WEST WALNUT
CHICAGO, IL   60612
(312) 491-6000

Timothy C. Evans
Chief Judge

Thomas Lyons, Ph.D.
Interim Chief Probation Officer

July 24, 2018

RE: AP17CR1017001

MICHEAL PHILLIPS
11606 SO. LAFAYETTE
CHICAGO, IL  60628

This is to inform you that a hearing will be held on the above case before
the Honorable Judge JAMES B. LINN in CRIMINAL COURT BLDG ROOM 700
located at 2600 S. CALIFORNIA CHICAGO, IL
on AUGUST 3, 2018 at 9:00 A.M.

You are to appear in court at this time.  Failure to appear in court
on the above date and time may result in a warrant being issued for
your arrest.

At this hearing, you have the right to:
- Present evidence and favorable witnesses.
- Obtain all evidence against you.
- Confront witness(es) against you unless the witness(es) would be
  subject to a risk of harm.
- Have counsel of choice present, or, in the case of persons in
  poverty who request assistance to adequately present their case, have
  counsel appointed.
- Request postponement of the hearing for good cause.

If you have been ordered to make payment to the Adult Probation
Department for restitution or reporting fees, and you wish to make
to make a payment in court on the above date, only certified checks
or money orders payable to the Adult Probation Department will be
accepted in court.

******* BRING THIS LETTER WITH YOU AND DO NOT FAIL TO APPEAR *******

VERY TRULY YOURS,

STATE OF ILLINOIS      )

COUNTY OF COOK         )

_Cassandra M-Michael_

Served a copy of the above notice
by depositing same in the Adult
Probation Department mail bin at:
1644 West Walnut, Chicago,IL
Tuesday, the 24th day of July, 2018
Properly addressed and stamped
to the above addressee.

ADULT PROBATION DEPARTMENT

BY: PHELAN
    PROBATION OFFICER
    WINSTEAD
    SUPERVISOR

(Ct. Date: 08/03/2018)
State of Illinois)
County of Cook  )  SS

In the Circuit Court of Cook County, Illinois

------------------------------ Department ------------------------------------
(County)        (Municipal)                    (Division)              (District)

People of the State of Illinois            )
   Petitioner                              )
                                    )
                                    )   Case No.
                                    )                    17CR1017001
       -VS-                                 )
                                    )   I.R. NO.    1496029
Micheal Phillips                           )
   Respondent                              )

PETITION FOR VIOLATION OF PROBATION AND WARRANT

The Petitioner states:

1) That the above-named Respondent has been adjudged
   guilty in the instant case of the crime(s) of:

   POSS AMT CON SUB EXCEPT(A)/(D) CLASS: 4
   before the Honorable Judge James B. Linn
   on May 7, 2018.
2) That the sentence of the Court was the Respondent be
   placed on probation for a period of 24 Month(S) (Term Date:05/06/2020)
3) That special conditions of probation include:

   PROBATION FEES
     $1200 Probation Fees $50.00 Per Month
   FINE AND COST
     $449 Monies Payable Thru Clerk Office
     Credit 23 Days
   TASC-OPEN MANDATE
     Complete Tasc Treatment Program Level 2

4) That the Respondent has violated the probation sentence conditions in that:

1. MR. PHILLIPS FAILED TO REPORT TO THE PROBATION DEPARTMENT AS ORDERED BY RULE AT THE COURT FOR THE MONTH OF JUNE, 2018. HE LAST REPORTED ON MAY 9, 2018.
2. THERE REMAINS DUE THE ENTIRE AMOUNT OF $1200 ON THE COURT ORDERED PROBATION FEES, NO PAYMENT MADE TO DATE.
3. THERE REMAINS DUE THE ENTIRE AMOUNT AT $449 ON THE COURT ORDERED FINE ANDS COST, NO PAYMENT MADE TO DATE.

DEFENDANT HAS BEEN NOTIFIED BY MAIL TO BE PRESENT AT THIS COURT HEARING. CM

Wherefore, by reason of the above and any attached probation documents, it is requested that this Court issue a warrant or summons for the Respondent to appear and answer the alleged violations in open court at a hearing to determine whether or not the probation shall be revoked and if so, what new sentence and modifications shall be imposed, if any, pursuant to 730 ILCS 5/5-6-4.

Respectfully submitted:
Kim Foxx, Cook County State's Attorney

After being duly sworn, the affiant states as reasonable information and belief that the statements in the above petition for violation of probation are true and correct.

Affiant: _____
Assistant State's Attorney

It is hereby ordered that based upon the information contained herein, and examination of the affiant and any documents by the Court, that leave is granted to file this petition and that a warrant be issued/bail be set/notice directing the respondent to appear be issued for the named Respondent.

_____, 20__
(Date)
APET/APD #932:06/2010

_____
(Issuing Judge)



## OOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2019 00184 | 765871 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Phillips | Michael | 20190106246 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 290-Records office Issue

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** Supt Records RCDC
**DATE REFERRED:** 01/22/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Cret miff states "Phillips" as being his legal name. Beyis an alias. Also, y/n must be U.SA. Citizen under the Law.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| H Alvaro | | RTC | 1/31/19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| | 2/5/19 |

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ___/___/___

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|---|
| | | ___/___/___ |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| | ___/___/___ |

FCN-40b) (AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other:_____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| | | |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| | | |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Horad del Incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o presos que tengan información.)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR *(Print):* | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):* | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



Thomas J. Dart
Sheriff

Dr. Nneka Jones
Executive Director

## COOK COUNTY SHERIFF | DEPARTMENT OF CORRECTIONS
### RECORDS OFFICE
2700 S. California Avenue
Chicago, Illinois 60608
Tel: (773) 674-2390
Fax: (773) 674-6643

# VERIFICATION OF INCARCERATION

JAIL BOOKING NUMBER 2019-0100216 TODAY'S DATE: 2/4/19

REGARDING: Michael Phillips
SUBJECT'S NAME

DATE OF BIRTH: 4/10/88

SOCIAL SECURITY NUMBER: N/A

Pursuant to your request the following information is submitted:

Date entered in CCDOC: 01/06/19

| | |
|---|---|
| Date Released: Still In Custody | Date Released: Still In Custody |
| Case / Docket # 20191185100001 | Case / Docket # 2017CR1017001 |
| Charge (s): Assault | Charge (s): Poss Aut Con Sub |
| Disposition: Nolle | Disposition: Case Continued |
| Disposition Date: 1/17/19 | Disposition Date: N/A |
| Next Court Date: N/A | Next Court Date: 2/8/19 |

K. He

Signature of A.A. Completing form

THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ADULT PROBATION DEPARTMENT
LEIGHTON CRIMINAL COURT ADMINISTRATION BLDG
2650 S CALIFORNIA AVE LOWER LEVEL
CHICAGO, IL 60608
(773) 674-3282

Timothy C. Evans
Chief Judge

Thomas Lyons, Ph.D.
Interim Chief Probation Officer

March 25, 2019

RE: AP17CR1017001

MICHEAL PHILLIPS
11606 SO. LAFAYETTE
CHICAGO, IL 60628

This is to inform you that a hearing will be held on the above case before the Honorable Judge JAMES B. LINN in CRIMINAL COURT BLDG ROOM 700 located at 2600 S. CALIFORNIA CHICAGO, IL on APRIL 5, 2019 at 9:00 A.M.

You are to appear in court at this time. Failure to appear in court on the above date and time may result in a warrant being issued for your arrest.

At this hearing, you have the right to:
- Present evidence and favorable witnesses.
- Obtain all evidence against you.
- Confront witness(es) against you unless the witness(es) would be subject to a risk of harm.
- Have counsel of choice present, or, in the case of persons in poverty who request assistance to adequately present their case, have counsel appointed.
- Request postponement of the hearing for good cause.

If you have been ordered to make payment to the Adult Probation Department for restitution or reporting fees, and you wish to make to make a payment in court on the above date, only certified checks or money orders payable to the Adult Probation Department will be accepted in court.

******* BRING THIS LETTER WITH YOU AND DO NOT FAIL TO APPEAR *******

VERY TRULY YOURS,

STATE OF ILLINOIS )

COUNTY OF COOK )

Served a copy of the above notice
by depositing same in the Adult
Probation Department mail bin at:
2650 S California, Chicago, IL
Monday, the 25th day of March, 2019
Properly addressed and stamped
to the above addressee.

ADULT PROBATION DEPARTMENT

BY: PHELAN
PROBATION OFFICER
LAMPKIN-JONES
SUPERVISOR

THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ADULT PROBATION DEPARTMENT
LEIGHTON CRIMINAL COURT ADMINISTRATION BLDG
2650 S CALIFORNIA AVE LOWER LEVEL
CHICAGO, IL 60608
(773) 674-3282

Timothy C. Evans
Chief Judge

Thomas Lyons, Ph.D.
Interim Chief Probation Officer

March 25, 2019

RE: AP17CR1017001

MICHEAL PHILLIPS
11606 SO. LAFAYETTE
CHICAGO, IL 60628

You are to appear for a court hearing on APRIL 5, 2019
before Judge JAMES B. LINN at CRIMINAL COURT BLDG ROOM 700
2600 S. CALIFORNIA CHICAGO, IL
at 9:00 A.M.

If you don't appear in court on the scheduled date/time, a warrant
for your arrest may be issued.

This court hearing is about claims that you violated conditions of your
probation. You have certain rights for this court hearing. See the next
page for your rights.

If you have any questions about this letter please call your probation
officer.

---

Usted debe comparecer para una audiencia el APRIL 5, 2019
ante el/al juez JAMES B. LINN en CRIMINAL COURT BLDG ROOM 700
2600 S. CALIFORNIA CHICAGO, IL
a las 9:00 A.M.

Si usted no comparece ante el tribunal el dia/hora fijada, se podria
emitir una orden para su arresto.

Esta orden judicial esta relacionada con alegatos de que usted violo
las condiciones de su libertad condicional. Usted tiene ciertos
derechos para esta audiencia judicial. Vea la pagina siguiente
pare sus derechos.

Si tiene alguna pregunta sobre esta carta, por favor llame a su
oficial de libertad condicional.

---

Probation Officer Phelan

ADNC/APD #929/03-18/JD

(Ct. Date: 04/05/2019)
    State of Illinois)
    County of Cook   )  SS

In the Circuit Court of Cook County, Illinois

---------------------------- Department ----------------------------------
  (County)     (Municipal)            (Division)            (District)

People of the State of Illinois    )
   Petitioner                   )
                              )   Case No.
                              )             17CR1017001
         -VS-                )
                              )   I.R. NO.     1496029
Micheal Phillips             )
   Respondent                 )

### PETITION FOR VIOLATION OF PROBATION AND WARRANT

The Petitioner states:

1)  That the above-named Respondent has been adjudged guilty in the instant case of the crime(s) of:

POSS AMT CON SUB EXCEPT(A)/(D) CLASS: 4
before the Honorable Judge James B. Linn
on May 7, 2018.

2)  That the sentence of the Court was the Respondent be placed on probation for a period of 24 Month(S) (Term Date:05/06/2020)

3)  That special conditions of probation include:

PROBATION FEES
  $1200 Probation Fees $50.00 Per Month
FINE AND COST
  $449 Monies Payable Thru Clerk Office
  Credit 23 Days
TASC-OPEN MANDATE
  Complete Tasc Treatment Program Level 2

4) That the Respondent has violated the probation sentence conditions in that:

1. SUBJECT MICHEAL PHILLIPS HAS FAILED TO REPORT TO THE PROBATION DEPARTMENT AS ORDERED BY RULE OF THE COURT FOR THE MONTH OF FEBRUARY AND MARCH 2019. HE LAST REPORTED MAY 9, 2018.
2. THERE REMAINS DUE THE ENTIRE AMOUNT OF $1200 ON THE COURT ORDERED PROBATION FEES, NO PAYMENT MADE TO DATE.
3. THERE REMAINS DUE THE ENTIRE AMOUNT OF $449 ON THE COURT ORDERED FINES & COST, NO PAYMENT MADE TO DATE.
4. SUBJECT HAS FAILED TO COMPLY WITH THE SPECIAL CONDITION OF HIS PROBATION, TASC OPEN MANDATE.

THE SUBJECT HAS BEEN NOTIFIED TO BE PRESENT FOR THIS COURT HEARING. EP

Wherefore, by reason of the above and any attached probation documents, it is requested that this Court issue a warrant or summons for the Respondent to appear and answer the alleged violations in open court at a hearing to determine whether or not the probation shall be revoked and if so, what new sentence and modifications shall be imposed, if any, pursuant to 730 ILCS 5/5-6-4.

Respectfully submitted:
Kim Foxx, Cook County State's Attorney

After being duly sworn, the affiant states as reasonable information and belief that the statements in the above petition for violation of probation are true and correct.

Affiant: _____
Assistant State's Attorney

It is hereby ordered that based upon the information contained herein, and examination of the affiant and any documents by the Court, that leave is granted to file this petition and that a warrant be issued/bail be set/notice directing the respondent to appear be issued for the named Respondent.

_____, 20__
(Date)
APET/APD #932:06/2010

_____
(Issuing Judge)

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

**FINAL APPROVAL**

CB #: 19488564
IR #: 1496029
YD #:
RD #: JA288739
EVENT #: 1715217321



## ARREST REPORTING

**OFFENDER**

Name: **PHILLIPS, Michael L**
Res: 11606 S Lafayette Ave
Chicago, IL 60628
Unknown
DOB:
AGE:
POB: Illinois
ARMED WITH Unarmed

Beat: 522

: Male
: Black
5' 07"
135 lbs
Brown Eyes
Black Hair
Short Hair Style
Dark Complexion

JUN - 2 2017
DOROTHY BROWN
CLERK OF CIRCUIT COURT

17█111865

**INCIDENT**

Arrest Date: 01 June 2017 21:45
Location: 4101 W Roosevelt Rd
Chicago, IL 60624
304 - Street
Holding Facility: District 010 Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 1011

Total No Arrested: 2

Dependent Children? No

Co-Arrests
19488543

Assoc Cases

DCFS Ward ? No

**CHARGES**

Victim

1 Offense As Cited  720 ILCS 570.0/402-A-2
PCS - POSSESSION - 15+GRMS - COCAINE
Class 1 - Type F

2 Offense As Cited  625 ILCS 5.0/6-303-A
DRIVING ON REVOKED LICENSE
Class A - Type M

3 Offense As Cited  9-76-090(B)
LIGHT HEADLIGHTS SUNSET/SUNUP
Class L -

4 Offense As Cited  725 ILCS 5.0/110-3
ISSUANCE OF WARRANT
Class Z -

**RECOVERED NARCOTICS**

| Type | Approx. Weight/Quantity | Units | Estimated Street Value |
|---|---|---|---|
| Suspect Controlled Substance | 18 | GRAMS | $2,214.00 |

DOROTHY BROWN
CLERK OF CIRCUIT COURT
JUN - 2 2017

IR # 1496029
CB # 19488564

Print Generated By: ESCALANTE, Juan ( PC0X796 )

Page 1 of 3

02 JUN 2017 04:00

**Chicago Police Department - ARREST Report**

CB #: 19488564

PHILLIPS, Michael

## ARREST REPORTING

### WARRANT

| Warrant No | Issue Date | Type | NCIC/ Leads No | Hold | Bond Amount | Case Docket No | County |
|---|---|---|---|---|---|---|---|
| TW0044689 | 07-APR-17 | Bond Forfeiture Warrant | | | $5,000.00 | TN094079 | Cook |

### VICTIM AND COMPLAINANT

Name: STATE OF ILLINOIS, P.O. Flores 17274

Empl: 1718 S State St
Chicago, IL 60616
312-745-1583

Beat: 131

DOB:

Age:

Comments:

Injured? No   Deceased? No

Hospitalized? No

Treated and Released? No

### ARRESTEE VEHICLE

Vehicle:   VEHICLE IMPOUNDED: Yes

2001 Automobile - Audi - A6 - Sedan, 4-Door

Color: Black (Top) / Black (Bottom)

Pound#:

Disposition:

VIN#: WAUED64B81N013315

Lic#: ZX29701   IL

Inv#:

### PROPERTIES

Confiscated Properties :

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR   PHILLIPS, Michael,   NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT#17321 IN SUMMARY: R/O'S CURBED THE ABOVE VEHICLE (BLK 2001 AUDI A6) FOR A MINOR TRAFFIC VIOLATION (NO HEADLIGHTS) AT 4101 W ROOSEVELT. R/O'S THEN PLACED THE DRIVER (PHILLIPS,MICHAEL) IN CUSTODY AFTER HE FAILED TO PRODUCE A VALID DRIVERS LICENSE. A CUSTODIAL SEARCH REVEALED A CLEAR PLASTIC SANDWHICH BAG IN HIS RIGHT PANTS POCKET CONTAINING (36) SMALL WHITE ROCK-LIKE SUBSTANCES, SUSPECT CRACK COCAINE. (1) CLEAR PLASTIC BAG CONTAINING A WHITE POWDER SUBSTANCE, SUSPECT COCAINE. FURTHER INVESTIGATION REVEALED THAT THE DRIVER HAS A REVOKED DRIVERS LICENSE AND AN ACTIVE TRAFFIC WARRANT#TW0044689. WARRANT ISSUED 07APR17. NARC INV#13929343. R/O'S THEN TRANSPORTED THE ABOVE SUBJECT TO THE 010TH DISTRICT FOR FURTHER PROCESSING. NAME CHECK CLEAR. NO INVESTIGATIVE ALERTS. OFFENDER NOT ON PROBATION OR PAROLE. NO GIMP OR TRAP. NO GANG AFFILIATION PER GANG CARD INQUIRY. OFFENDER HAS $228.90USD ON HIS PERSON. OFFENDER PROPERTY INVENTORIED UNDER #13929350.

Print Generated By: ESCALANTE, Juan ( PC0X796 )

Page 2 of 3

02 JUN 2017 04:00

Chicago Police Department - ARREST Report

CB #: 19488564

PHILLIPS, Michael

## ARREST REPORTING

| COURT INFO | | BOND INFO |
|---|---|---|
| Desired Court Date: 21 June 2017 | | |
| Branch: 48-2  155 W 51ST ST - Room | | |
| Court Sgt Handle? No | | BOND INFORMATION NOT AVAILABLE |
| Initial Court Date: 02 June 2017 | | |
| Branch: CBC-1 2600 S CALIFORNIA - Room100 | | |
| Docket #: | | |

### ATTESTING OFFICER

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer: #17274  FLORES, A R (PC0AP33)  02 JUN 2017 02:04

### ARRESTING OFFICER(S)

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #17274 | FLORES, A R (PC0AP33) | 4113B |
| 2nd Arresting Officer: | #10213 | LENSKI, R R (PC0Y624) | 4113B |

### APPROVING SUPERVISOR

Approval of Probable Cause : #342  CALDERON, G (PC0F643)  02 JUN 2017 02:36



DOROTHY BROWN
CLERK OF CIRCUIT CO
JUN - 2 2017

Case: 1:19-cv-03377 Document #: 1 Filed: 05/20/19 Page 42 of 49 PageID #:42

**CHICAGO POLICE DEPARTMENT**
PD-34.523 (REV. 10/09)

INV NO **14345984**

PKG NO **5011516**

UNIT **006**

**14345984**

DATE RECOVERED **06-JAN-2019**

RD **JC106503**

RE-INVENTORY OF:

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 0299506 | 1 | PRISONER PERSONAL PROPERTY - OTHER : PAIR OF GRAY SWEATPANTS |

COPY 4 CITIZEN COPY

B

19752107

385779

COMMENTS:

$ INVENTORY AMT

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

Court Date **22-JAN-2019**
Court Branch **35-2**

CURRENCY:

IUCR: **0560** **ASSAULT SIMPLE**

STATE CHARGES: **720 ILCS 5.0/12-1-A**

CHARGE TYPE: **MISDEMEANOR**
INCHOATE: **OFFENSE AS CITED**

RECOVERED/SEIZED FROM - NAME **BEY, MICHAEL**

☐ DECEASED  ☒ ARRESTED

AT **7808 S HALSTED ST CHICAGO, IL 60620**

BEAT OF RECOVERY **621**

OWNER'S NAME **BEY, MICHAEL**

ADDRESS **3825 W LAKE ST CHICAGO, IL 60624**

TELEPHONE NO.

FOUND BY - NAME **KOWAL, THOMAS** Star: 19655

☒ CHECK IF C.P.D.

ADDRESS

TELEPHONE NO.

SEE COPY 4 FOR NOTICE TO FINDER

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER - STAR NO. UNIT

1st OFFICER'S NAME **LONDON, EBONI**
STAR NO. **19684**

☒ PROPERTY AVAILABLE FOR RETURN TO OWNER

SIGNATURE **Electronic Approval**
UNIT **006**

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME **KOWAL, THOMAS**
STAR NO. **19655**

FINAL DESTINATION OF PROPERTY: **ERPS**

SIGNATURE **Electronic Approval**
UNIT **044**

A ☒ POLICE MAIL
☐ E & RPS PICKUP
☐ RECOVERING UNIT PERSONNEL
☐ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT **BLANCO, MICHAEL**
STAR NO. **10519**
DATE **06-JAN-2019**
TIME **04:23**

Printed by: PC0BV47

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

---

**Notice to Property Owner**

This Property Inventory form is your receipt for property inventoried by the Chicago Police Department ("CPD"). When you received this receipt, you should have also received a form entitled NOTICE TO PROPERTY OWNER (the "Notice") explaining how you may get back inventoried property. If you did not receive the Notice, return to the CPD facility where your property was inventoried and ask Desk Personnel for the Notice. A complete copy of the Notice is also available at www.ChicagoPolice.org. If you have further questions, please contact the CPD Evidence and Recovered Property Section at 312-746-6777.

**NOTICE TO FINDER:** Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

**ARRESTEE INFORMATION**

SEIZURE WITHOUT SEARCH WARRANT- (725 ILCS 5/108-2)

GIVE THIS COPY TO ARRESTEE.

SEIZURE WITH SEARCH WARRANT - (725 ILCS 5/108-10)
ATTACH THIS COPY TO SEARCH WARRANT.

Printed by: PC0AL30  06-JAN-2019 04:23

Case: 1:19-cv-03377 Document #: 1 Filed: 05/20/19 Page 43 of 49 PageID #:43

CHICAGO POLICE DEPARTMENT  
PD-34.523 (REV. 10/09)

INV NO **14345982**

PKG NO 5011513

UNIT 006

WARRANT NO.

**14345982**

DATE RECOVERED **06-JAN-2019**

RD **JB106503**

RE-INVENTORY OF:

**Notice to Property Owner**

This Property Inventory form is your receipt for property inventoried by the Chicago Police Department ("CPD"). When you received this receipt, you should have also received a form entitled NOTICE TO PROPERTY OWNER (the "Notice") explaining how you may get back inventoried property. If you did not receive the Notice, return to the CPD facility where your property was inventoried and ask Desk Personnel for the Notice. A complete copy of the Notice is also available at www.ChicagoPolice.org. If you have further questions, please contact the CPD Evidence and Recovered Property Section at 312-746-6777.

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 9299500 | 1 | PRISONER JEWELRY : YELLOW METAL RING |
| 9299501 | 1 | PRISONER JEWELRY : WHITE METAL EARRING WITH CLEAR STONE |
| 9299502 | 1 | PRISONER JEWELRY : YELLOW METAL CHAIN WITH MOON/STAR PENDANT WITH CLEAR SMALL STONES |

3285 777

773-468 4241

COMMENTS:

$ INVENTORY AMT

Court Date **22-JAN-2019**

Court Branch **35-2**

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

CURRENCY:

**NOTICE TO FINDER:** Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

IUCR: **0560** **ASSAULT SIMPLE**

STATE CHARGES: **720 ILCS 5.0/12-1-A**

CHARGE TYPE: **MISDEMEANOR**

INCHOATE: **OFFENSE AS CITED**

RECOVERED/SEIZED FROM - NAME **BEY, MICHAEL**

☐ DECEASED ☒ ARRESTED

AT **7808 S HALSTED ST CHICAGO, IL 60620**

BEAT OF RECOVERY **621**

OWNER'S NAME **BEY, MICHAEL**

ADDRESS **3825 W LAKE ST CHICAGO, IL 60624**

TELEPHONE NO.

FOUND BY - NAME **KOWAL, THOMAS** Star: **19655**

☒ CHECK IF C.P.D.

ADDRESS

TELEPHONE NO.

SEE COPY 4 FOR NOTICE TO FINDER

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER - STAR NO. UNIT

1st OFFICER'S NAME **LONDON, EBONI**

STAR NO. **19684**

☒ PROPERTY AVAILABLE FOR RETURN TO OWNER

SIGNATURE **Electronic Approval**

UNIT **006**

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME **KOWAL, THOMAS**

STAR NO. **19655**

FINAL DESTINATION OF PROPERTY: **ERPS**

SIGNATURE **Electronic Approval**

UNIT **044**

A ☒ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL  
☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT **BLANCO, MICHAEL**

STAR NO. **10519**

DATE **06-JAN-2019**

TIME **04:22**

Listed by: PC0BV47

**ARRESTEE INFORMATION**

SEIZURE WITHOUT SEARCH WARRANT- (725 ILCS 5/108-2)

GIVE THIS COPY TO ARRESTEE.

SEIZURE WITH SEARCH WARRANT - (725 ILCS 5/108-10) ATTACH THIS COPY TO SEARCH WARRANT.

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Printed by: PC0AL30 06-JAN-2019 04:22

Notice to the Agent is Notice to Principal - Notice to the Principal is notice to the Agent.

Thank you,

I am *Michael Moreno Bey*

Michael Moreno Bey

Ex Rel: Michael Phillips

All Rights Reserved: U.C.C. 1-207/1-308/1-103

"OFFICIAL SEAL"
S. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/2019

"This is an original document"

*Michael Moreno Bey*

State of Illinois - County of Cook

This instrument was acknowledged before me on Nov -26-2018 - (Date) by

Michael Moreno Bey

"OFFICIAL SEAL"
S. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/2019

"OFFICIAL SEAL"
S. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/2019

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Thank you

"This is an original document"
Michl Moreno Bey

I am Michl Moreno Bey
All Rights Reserved
Michael Moreno Bey
Ex Rel: Michael Phillips
℅ 11606 South Lafayette
Chicago Illinois Republic [60628]

State of Illinois - County of Cook
This instrument was acknowledged before me on NOV. 26. 2018
Done by Moreno Bey

Michel Moreno Bey

Affidavit of Fact - Exhibit A
Affidavit of Fact - Writ of Error
Affidavit of Fact - Notice of Default Judgement
Department of Administrative Hearings Findings, Decisions & Order
Circuit Court Order Releasing Inventoried Property
Circuit Court Order to Dismiss the Matter
Vehicle Released From Investigatory Hold Document

"OFFICIAL SEAL"
S. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/2019

cc: Commanding Officer - Chicago Police Department - Automotive Pound Section
City of Chicago, Department of Police
10301 South Doty Avenue Auto Pound Location

312 877 4635



# CHiCAGO POLICE AUTO POUNDS

CITY OF CHICAGO · DEPARTMENT OF POLICE · 3510 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60653

312 742-8421

Inventory No.: 474326

Owner of Vehicle: TREMAINES SPHILLIPS
11606 S LAFAYETTE
CHICAGO IL 60628-5535

re:

V.I.N.: WAUCD64BX4N103643

Date: 31 OCTOBER 2018

Make of Vehicle: 04 AUDI 4D

Date Towed: 2 JUN 17

Auto Pound Location: 10301 South Doty Avenue
Chicago, Il 60617

## VEHICLE RELEASED FROM INVESTIGATORY HOLD

The investigatory hold on the motor vehicle described above has been **REMOVED**. The vehicle may be retrieved from the Chicago Police Department Automotive Pound indicated above 24 hours per day, including Saturdays, Sundays and holidays.

To retrieve this vehicle, the registered owner must present a certificate of title or state license registration card and a valid picture I.D. Any person seeking a release of the vehicle on behalf of the owner must also furnish a notarized letter from the registered owner.

A lien holder must provide a photocopy of the conditional sales agreement and title for the vehicle, in addition to a notarized letter stating the amount of money owed and the period of time the purchaser is in default of the agreement. This letter should authorize a named individual to execute an indemnification certificate in the Chicago Police Department Automotive Pound Section office. Your failure to contact the Chicago Police Department Automotive Pound Section at (312) 745-6270 or reclaim the vehicle within 30 days from the date of this letter will constitute a waiver of all interest in the vehicle in accordance with the procedure set forth in Section 9-92-100 of the Municipal Code of Chicago.

The release of the vehicle may be conditioned upon payment of applicable towing and storage fees pursuant to Section 9-92-080 of the Municipal Code of Chicago and upon payment of outstanding fines as provided in Section 9-92-080(c). Also, no operable vehicle will be released without a current state registration plate, proof of insurance, and, if applicable, a City of Chicago wheel tax license emblem (City Sticker).

Towing fees are $150 for vehicles under 8,000 pounds or $250 for vehicles 8,000 pounds or more. Storage fees are $20 per day (for the first five days, then $35 per day thereafter) for vehicles under 8,000 pounds or $60 per day (for the first five days, then $100 per day thereafter) for vehicles 8,000 pounds or more, in accordance with the provisions of Section 9-92-080 of the Municipal Code of Chicago.

Towing and storage charges are accruing and must be paid in cash at the Chicago Police Department Automotive Pound Section at the time of release. Checks or money orders are not acceptable.

Under Section 2-14-135 of the Municipal Code of Chicago the owner or other person entitled to possession of the vehicle may request a hearing, in person and in writing, before the Department of Administrative Hearings, at

---

Emergency: 9-1-1    Non-Emergency (Within City limits): 3-1-1    Non-Emergency (Outside City limits): 311-746- 6000    TTY: 312-746-9715

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

CHICAGO, IL 60604

LOOP STATION

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

CHICAGO, IL 60617

Certified Mail Fee $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.71

Total Postage and Fees $4.16

0041

11/26/2018

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®    Chicago IL 60617

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# Moorish Americans

## Aboriginal Natural Peoples of the Land - North America / Northwest Amexem

# Affidavit of Fact

## Notice of Default Judgement

August 23, 2018

United States Republic Postmaster Article No: 7018 0680 0000 9841 7559
7018 0680 0000 9841 7528
7018 0680 0000 9841 7535

RE: "Affidavit of Fact" "Affidavit of Fact - Writ of Error" Dated: August 8, 2018

You were advised that certain documentation was requested to make a physical inspection and enable I, **Michael Moreno Bey**, to verify and witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within **seven (7)** days of receipt of both, the Affidavit of Fact and Affidavit of Fact- Writ of Error/Notice of Discovery.

Per the United States Republic Postmaster the request was received by front desk/ reception on August 10, 2018. Deadline for receipt of documentation was August 17, 2018.

As this request has not been Honored - this notice of default judgment is being submitted and all claims, petitions, suits, filings with any third party corporations regarding my history be dismissed and expunged.

Denial of Discovery is in direct violation of my Constitutional Secured Rights to "**Due Process of Law**".

The 5th Amendment require that all persons within the United States must be giving due process of the law and equal protection of the law.

*"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of Life, Liberty, Or Property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have*

Affidavit of Fact

Writ of Error to ____ ____

Case No. 17CR 101 7001

I.R. No. 1496029

Chief Judge Timothy C. Evans

Chief Probation Officer Thomas Lyons

This is in response to a threat of a warrant or to the warrant that was issued to corporate entity/artificial person MICHAEL PHILLIPS on August 3, 2018. For the record, my name is Michael Moreno Bey. I am an Aboriginal and Indigenous Moorish American National in propia persona. I did not enter your jurisdiction of "color" and I did not admit to being the strawman.

I made a "Reservation of Rights" on all colorable contracts placed before me.

Allegedly accused, I believe that in accordance with the Substantive Rights retained by me, ____ ____ of my Moorish American status (identity) and that I was not, is not, and does not waive any Inalienable Rights to due process, and affirmed that any action ____ ____ in a lawfully delegated jurisdiction and venue ____ ____

Respondent officers/Assignees and Probation officer Phelan is with the "want of jurisdiction" by knowingly and willingly conspiring (under Color-of-Authority) to deny me, Michael Moreno Bey (after I made reservation of rights) my Inalienable Rights, the right to a Nationality and ____ etc.

"OFFICIAL SEAL"
____ ____
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES ____